## US District Court for the

## Western District of Wisconsin

FILED/REC'D

2026 MAY -4  A 10: 43

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

*Ben Ventura*                )

                             )                    Index.

         *against*           )

                             )              26-cv-411-wmc

                             )

                             )

*Fran Vella-Marrone,*        )

*Brian Gotlieb,*             )

*Genine Edwards*             )


1. Defendants Gotlieb and Edwards frequently violated due process,

   With the support from Fran Vella-Marrone,

2. The compensation demand is above the jurisdictional limit.


I, *Ben Ventura,* declare under penalty of perjury that the Complaint is true

and correct.

*Ben Ventura*